# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

Etter Wilkes                                                            **PLAINTIFF**

**VS.**                              **CASE NO.**  3:14-cv-00224 KGB/JJV

Nucor-Yamato Steel Company                                **DEFENDANT**

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint.  Therefore, the Application is hereby granted.

IT IS SO ORDERED this  23   day of    September    , 20 14 .

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By:  /s/ Jake A. Kornegay
                Deputy Clerk

(Post. 03/25/13)