IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ETTER WILKES**                                                                                      **PLAINTIFF**

v.                                    Case No. 3:14-cv-00224-KGB

**NUCOR-YAMATO STEEL COMPANY**                                             **DEFENDANT**

## ORDER

Before the Court is defendant Nucor-Yamato Steel Company's ("Nucor") unopposed motion for extension of scheduling order deadlines (Dkt. No. 24). Nucor requests a continuance of the September 19, 2016, trial date and a continuance of the scheduling order deadlines in this matter. Nucor represents that counsel for plaintiff Etter Wilkes has no objection to the motion. The parties agree that an extension of at least 60 to 90 days on all deadlines in the Final Scheduling Order is warranted.

For good cause shown, this Court grants the motion to continue the September 19, 2016, trial date in this case. A new trial date, including an amended scheduling order, will be set by separate order.

So ordered this the 19th day of July, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge