IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ETTER WILKES                                                                                    PLAINTIFF

v.                          Case No. 3:14-cv-00224-KGB

NUCOR-YAMATO STEEL COMPANY                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendant Nucor-Yamato Steel Company on plaintiff Etter Wilkes's claims. Ms. Wilkes's claims are dismissed with prejudice; the relief requested is denied.

So adjudged this 29th day of September, 2017.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge